UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALAN GOETSCH and PAMELA GOETSCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-CV-537 |
| v. ) | (MATTICE/SHIRLEY) |
| ) | |
| HOME DEPOT U.S.A., INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw [Doc. 18], filed by counsel for the Plaintiff. On December 10, 2013, the Court entered an Order denying counsel's original Motion to Withdraw because it did not include the endorsement of Plaintiff Pamela Goetsch. The Court further noted, "The Motion to Withdraw does not provide the mailing address of either Plaintiff. See E.D. Tenn. L.R. 83.4." [Doc. 17 at 1].

Local Rule 83.4(f) states that an attorney seeking to withdraw must "[i]nclude in the motion the current mailing address and telephone number of the client." Despite the Court's note in its previous Order regarding counsel's failure to provide such information, counsel has failed to include this information in the revised motion. Moreover, Plaintiff Alan Goetsch has signed and endorsed the revised motion for Plaintiff Pamela Goetsch, but there is nothing in the record to indicate that Mr. Goetsch has legal authority to sign on Ms. Goetsch's behalf. Accordingly, the Court must find that the instant motion does not comply with Local Rule 83.4.

The Court, therefore, finds that the Motion to Withdraw **[Doc. 18]** is not well-taken. It is **DENIED WITHOUT PREJUDICE**. Counsel may re-file the Motion to Withdraw after complying with Local Rule 83.4.

**IT IS SO ORDERED**.

ENTER:

<u>    s/ C. Clifford Shirley, Jr.</u>
United States Magistrate Judge