UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALAN GOETSCH and PAMELA GOETSCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-CV-537 |
| v. ) | (MATTICE/SHIRLEY) |
| ) | |
| HOME DEPOT U.S.A., INC., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Joint Motion for Substitution of Counsel [Doc. 23] which moves the Court to permit the firm of Trammell, Adkins & Ward, P.C., particularly Terrill L. Adkins and Kenneth W. Ward, to be substituted as counsel for the Plaintiffs in place of Attorney Steve E. Fox and Attorney Alexander W. Gothard.[1]  Because continuity of counsel is ensured, the Court finds that the Joint Motion for Substitution of Counsel **[Doc. 23]** is well-taken, and it is **GRANTED**.  Accordingly, Attorneys Steve E. Fox and Alexander W. Gothard are **RELIEVED** of their duties as counsel in this matter.

Because Mr. Fox and Mr. Gothard have been relieved of their duties as counsel in this case, the Court finds that the Motion to Withdraw as Counsel **[Doc. 20]**, filed January 23, 2014 is

---

[1] Mr. Gothard is not named in the motion.  However, Mr. Ward has confirmed, through correspondence with the Court on which all counsel were copied, that Plaintiffs' intention is to withdraw Mr. Gothard from serving as counsel as well.

now moot, and it is **DENIED AS MOOT**. The hearing set to commence at **10:30 a.m. on February 24, 2014**, is **CANCELLED**.

    **IT IS SO ORDERED**.

                                ENTER:

                                <u>  s/ C. Clifford Shirley, Jr.</u>
                                United States Magistrate Judge